UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-23788-Seltz/Turnoff

ERNESTO CARRO, JOSE CABOVERDE,
HECTOR IZQUIERDO, EDUARDO CARDENAS
ERNESTO NUEVO, and other similarly
situated individuals,

    Plaintiffs,

v.

INTEGRATED TECH GROUP, LLC, a
Foreign Limited Liability Company, and
PETER A. GIACALCONE, individually,

    Defendants.

_____/

## INTEGRATED TECH GROUP, LLC'S MOTION TO TAX ATTORNEYS' FEES AND COSTS AGAINST HECTOR IZQUIERDO AND EDUARDO CARDENAS

Defendant, Integrated Tech Group, LLC ("ITG"), by and through its undersigned attorneys and pursuant to this Court's October 1, 2015 Order Adopting Report and Recommendation [ECF No. 55] and Fed. R. Civ. P. 37, moves for an award of its attorneys' fees and costs against Plaintiffs, Hector Izquierdo ("Izqueirdo") and Eduardo Cardenas ("Cardenas"). In support thereof, ITG states as follows:

1. On October 1, 2015, this Court entered its Order Adopting Report and Recommendation [ECF No. 55] (the "October Order"). The October Order affirmed and adopted Magistrate Judge Turnoff's Report and Recommendation that granted, in part, ITG's Motion for Sanctions against Plaintiffs Izquierdo and Cardenas for their failure to appear at their depositions.

2. The October Order stated that "Plaintiffs shall pay Integrated Tech Group, LLC's attorneys' fees and costs incurred in connection with Plaintiffs' failure to appear at their

Fox Rothschild LLP

32196327v1

depositions, the filing of the sanctions motion, the hearing thereon, and the costs associated with the rescheduled depositions." *See* October Order, [ECF No. 55], ¶ 2(a).

3. All of the attorney's fees and costs requested in this Motion are set forth in the Affidavit of Susanne M. Calabrese, Esq., which is attached hereto as **Exhibit A**.

4. ITG retained the law firm of Fox Rothschild LLP ("Fox") to represent its interest in connection with this action. Fox charged ITG hourly for its services in connection with this matter. The following is a breakdown of the number of hours, discounted hourly rates, and total fees charged by each timekeeper at Fox for fees "incurred in connection with Plaintiffs' failure to appear at their depositions, the filing of the sanctions motion, [and] the hearing thereon." *See* October Order, [ECF No. 55], ¶ 2(a):

| Name | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Colin Dougherty (Partner) | 2.7 | $450.00 | $1,215.00 |
| Susanne M. Calabrese (Associate) | 32.7 | $345.00 | $11,281.50 |
| **TOTALS** | **35.4** | | **$12,496.50** |

*See* Affidavit of Susanne M. Calabrese, ¶ 4.

5. The number of hours expended, the hourly rates charged, and the total fees ITG "incurred in connection with Plaintiffs' failure to appear at their depositions, the filing of the sanctions motion, [and] the hearing thereon" are reasonable and necessary.

6. The following is a breakdown of the "costs associated with the rescheduled depositions" that ITG has incurred. *See* October Order, [ECF No. 55], ¶ 2(a):

| | |
|---|---|
| Certificates of Non-Appearance | $200.00 |
| Interpretation Services (Failed to Appear) | $250.00 |
| Court Reporter Fees | $855.00 |
| Interpreter Services | $1250.00 |
| Motion for Sanction's Hearing Transcript Fee | $198.85 |
| **TOTAL** | **$2,753.85** |

*See* Affidavit of Susanne M. Calabrese, ¶ 6.

7.     The amount of "costs associated with the rescheduled depositions" incurred by ITG are reasonable and necessary.

8.     Accordingly, pursuant to this Court's October 1, 2015 Order Adopting Report and Recommendation [ECF No. 55] and Fed. R. Civ. P. 37, Wells Fargo is entitled to the taxation of attorneys' fees of $12,496.50 and costs of $2,753.85, for a total of $15,250.35 against Plaintiffs, jointly and severally.

WHEREFORE, Defendant, Integrated Tech Group, LLC respectfully requests that the Court enter Judgment as follows:

(a)    finding that the number of hours expended, the hourly rates charged, and the total fees incurred on behalf of ITG "in connection with Plaintiffs' failure to appear at their depositions, the filing of the sanctions motion, [and] the hearing thereon" are reasonable are reasonable and necessary;

(b)    finding that the "costs associated with the rescheduled depositions" incurred by ITG are reasonable and necessary;

(c)    entering a Judgment in favor of Integrated Tech Group, LLC and against Hector Izquierdo and Eduardo Cardenas, jointly and severally, for all attorneys' fees and taxable costs incurred in this action in the total amount of $15,250.35; and

(d)    granting such other and further relief as the Court deems just and proper.

DATED: OCTOBER 30, 2015
WEST PALM BEACH, FL

                                          FOX ROTHSCHILD LLP
                                          222 Lakeview Avenue, Suite 700
                                          West Palm Beach, FL 33401
                                          (561) 804-4417
                                          (561) 835-9602 (facsimile)

By: /s/ *Susanne M. Calabrese*
Dori K. Stibolt
Florida Bar No. 183611
dstibolt@foxrothschild.com
Susanne M. Calabrese
Florida Bar No. 89512
scalabrese@foxrothschild.com

*Counsel for Defendant, Integrated Tech Group, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Susanne M. Calabrese*
Susanne M. Calabrese

## SERVICE LIST
United States District Court
Southern District Of Florida

CASE NO.: 14-CV-23788-Seitz/Turnoff

| | |
|---|---|
| Anthony M. Georges-Pierre | Dori K. Stibolt |
| agp@rgpattorneys.com | dstibolt@foxrothschild.com |
| Anaeli Petisco | Susanne M. Calabrese |
| apetisco@rgpattorneys.com | scalabrese@foxrothschild.com |
| Rainier Regueiro | Fox Rothschild LLP |
| rregueiro@rgpattorneys.com | 222 Lakeview Avenue, Suite 700 |
| Remer & Georges-Pierre, PLLC | West Palm Beach, FL 33401 |
| 44 West Flagler Street | Telephone: (561) 835-9600 |
| Suite 2200 | Facsimile: (561) 835-9602 |
| Miami, FL 33130 | |

4
Fox Rothschild LLP

Telephone: (305) 416-5000  
Facsimile: (305) 416-5005

*Attorneys For Plaintiff*

*Attorneys for Defendant Integrated Tech Group, LLC*